1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   PAUL RIEHLE  (Bar No. 115199)
2  RANDALL BLOCK  (Bar No. 121330)
3  JIA-MING SHANG  (Bar No. 233326)
   One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California  94105
   Telephone: (415) 781-7900
5  Facsimile:  (415) 781-2635

6  Attorneys for Plaintiff
7  XS HOLDING B.V., a Dutch Corporation

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 XS HOLDING B.V, derivatively on behalf      CASE NO.
   of Xslent Technologies, LLC and XET
12 Holding Co., LLC, and separately on its own
   behalf,
13
                                              C08 02282 PVT
14         Plaintiff,
                                              VERIFICATION TO SHAREHOLDERS'
15    v.                                      DERIVATIVE COMPLAINT AND
                                              COMPLAINT FOR INTERFERENCE WITH
16 COOL EARTH SOLAR, INC., a Delaware         CONTRACT, CONVERSION,
   corporation; ROB LAMKIN, an individual;    DECLARATORY AND INJUNCTIVE RELIEF
17 LAWRENCE ASUNCION, an individual;
18 SOLAR COMPONENTS LLC, a Delaware
   limited liability company; NATHAN
19 SCHULHOF, an individual; M. JAMES
   BULLEN, an individual; MARTIN N.
20 LETTUNICH, an individual; STEFAN
21 MATAN, an individual; and XET
   HOLDING CO., LLC, a Delaware limited
22 liability company and XSLENT
   TECHNOLOGIES, LLC, a Delaware limited
23 liability company, as nominal parties;

24         Defendants.

25

26

27

28

SF/1507210v1

VERIFICATION TO SHAREHOLDERS' DERIVATIVE COMPLAINT, AND COMPLAINT FOR
INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF

## VERIFICATION

I, Brian Caffyn, am the Managing Director of Plaintiff XS Holding B.V. and authorized to make the following verification on its behalf. I swear that I have read the foregoing allegations and am informed and believe them to be true.

Dated: __MAY 1, 2008__

_____
Brian Caffyn