SEDGWICK, DETERT, MORAN & ARNOLD LLP
PAUL RIEHLE (Bar No. 115199)
RANDALL BLOCK (Bar No. 121330)
JIA-MING SHANG (Bar No. 233326)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
XS HOLDING B.V., a Dutch Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS HOLDING B.V, derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>Plaintiff,<br><br>v.<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XET HOLDING CO., LLC, a Delaware limited liability company and XSLENT TECHNOLOGIES, LLC, a Delaware limited liability company, as nominal parties;<br><br>Defendants. | Case No. C08 02282<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

---

CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Atira Technologies, LLC and its members; ISG Solar, LLC and its members; Xslent, LLC and its members, and Brian Caffyn, an individual.

DATED: May 1, 2008           SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Paul Riehle  Bar No. 115199
Jia-Ming Shang  Bar No. 233326
Attorneys for Plaintiff XS HOLDING B.V.

CERTIFICATION OF INTERESTED PARTIES