1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   PAUL RIEHLE (Bar No. 115199)
2  RANDALL BLOCK (Bar No. 121330)
3  JIA-MING SHANG (Bar No. 233326)
   One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Plaintiff
7  XS HOLDING B.V., a Dutch Corporation

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA

10

11 | XS HOLDING B.V, derivatively on behalf     CASE NO. C08 02282
   | of Xslent Technologies, LLC and XET
12 | Holding Co., LLC, and separately on its own
13 | behalf,                                     **DEMAND FOR JURY TRIAL**
14 |            Plaintiff,
15 |     v.
16 | COOL EARTH SOLAR, INC., a Delaware
   | corporation; ROB LAMKIN, an individual;
17 | LAWRENCE ASUNCION, an individual;
18 | SOLAR COMPONENTS LLC, a Delaware
   | limited liability company; NATHAN
19 | SCHULHOF, an individual; M. JAMES
   | BULLEN, an individual; MARTIN N.
20 | LETTUNICH, an individual; STEFAN
21 | MATAN, an individual; and XET
   | HOLDING CO., LLC, a Delaware limited
22 | liability company and XSLENT
   | TECHNOLOGIES, LLC, a Delaware limited
23 | liability company, as nominal parties;
24 |            Defendants.
25

26
27
28

ADR E-FILING FILED MAY -1 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1 | Plaintiffs demand trial by jury on all claims so triable.

2 | DATED: May 1, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____[signature]_____
Paul Riehle  Bar No. 115199
Jia-Ming Shang  Bar No. 233326
Attorneys for Plaintiff
XS HOLDING B.V.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

---

DEMAND FOR JURY TRIAL