AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XS HOLDING B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br>　　　　　　　Plaintiff<br>　　　　v.<br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XET HOLDING CO., LLC, a Delaware limited liability company, and XSLENT TECHNOLOGIES, LLC, a Delaware limited liability company, as nominal parties,<br>　　　　　　　Defendant | Civil Action No.<br><br>**C08  02282 PVT**<br><br>E-FILING<br>ADR |

**Summons in a Civil Action**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

To: *(Defendant's name and address)*
COOL EARTH SOLAR, INC.
Attn: Eric Cummings
7665 Hawthorne Place
Livermore, CA 94550

ROB LAMKIN
7665 Hawthorne Place
Livermore, CA 94550

LAWRENCE ASUNCION
7665 Hawthorne Place
Livermore, CA 94550

SOLAR COMPONENTS LLC
121 Valley Street
Manchester, NH 03103

NATHAN SCHULHOF

M. JAMES BULLEN

MARTIN N. LETTUNICH
233 Oak Meadow Drive
Los Gatos, CA 95032-7650

STEFAN MATAN
487 Lea Court
Novato, CA 94945

XET HOLDING CO., LLC.
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

XSLENT TECHNOLOGIES, LLC
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Paul J. Riehle, Esq.
Sedgwick, Detert Moran & Arnold LLP
1 Market Plaza, Steuart Tower, 8th Fl.
San Francisco, CA 94105

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**Tiffany Salinas-Harwell**

Date: May 1, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on \_\_\_\_\_, _____ by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com