1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   PAUL RIEHLE  Bar No. 115199
2  RANDALL BLOCK  Bar No. 121330
   JIA-MING SHANG  Bar No. 233326
3  One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile:  (415) 781-2635
   Email: *paul.riehle@sdma.com*
6
7  Attorneys for Plaintiff
   XS HOLDING B.V., a Dutch Corporation
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  XS HOLDING B.V, derivatively on behalf      CASE NO. C08 02282 (PVT)
    of Xslent Technologies, LLC and XET
13  Holding Co., LLC, and separately on its     **DECLINATION TO PROCEED**
    own behalf,                                 **BEFORE A MAGISTRATE JUDGE**
14                                              **AND REQUEST FOR REASSIGNMENT**
                                                **TO DISTRICT JUDGE**
15          Plaintiff,

16          v.

17  COOL EARTH SOLAR, INC., a Delaware
    corporation; ROB LAMKIN, an individual;
18  LAWRENCE ASUNCION, an individual;
    SOLAR COMPONENTS LLC, a Delaware
19  limited liability company; NATHAN
    SCHULHOF, an individual; M. JAMES
20  BULLEN, an individual; MARTIN N.
    LETTUNICH, an individual; STEFAN
21  MATAN, an individual; and XET
    HOLDING CO., LLC, a Delaware limited
22  liability company and XSLENT
    TECHNOLOGIES, LLC, a Delaware
23  limited liability company, as nominal
    parties;
24
25          Defendants.
26

27

28

                                          -1-
SF/1507435v1
          DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO
            DISTRICT JUDGE                                          CASE NO. C08 02282 (PVT)

1    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2        The undersigned party hereby declines to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

4    this case to a United States District Judge.

5

    Dated:  May 2, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
6

7

                                    By : _____/S/_____
8                                        JIA-MING SHANG
                                         Attorneys for Plaintiff
9                                        XS HOLDING B.V.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-