CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone:  (408) 573-5700
Facsimile:   (408) 573-5701

Attorneys for Defendants XET Holdings Co., LLC., and Xslent Technologies, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS HOLDING B.V., et al.<br><br>         Plaintiffs,<br><br>   v.<br><br>COOL EARTH SOLAR, INC., et al.,<br><br>         Defendants. | Case No. C08 02282 PVT<br><br>**AMENDED SUGGESTION OF PROBABLE ABSENCE OF SUBJECT MATTER JURISDICTION** |

Defendants XET Holdings, Co., LLC [XET] and Xslent Technologies, LLC [XT] respectfully show:

**1. The citizenship of the parties.** Jurisdiction in this case is founded solely upon diversity of citizenship pursuant to 28 U.S.C. §1332. According to the complaint (¶9) plaintiff XS Holding BV [XS] is a Dutch corporation.

• **XT.** Defendant (and derivative plaintiff) XT is an LLC and is owned by its members XS (a Dutch corporation)(¶18), Atira Technologies, LLC [Atira], and Xslent, LLC [Xslent] whose memberships are predominantly Californian. For diversity purposes, LLC's such as XT are citizens of *all* of the places of citizenship of *each* of their members. (Oddly enough, an LLC's place of formation is irrelevant for jurisdictional analysis). *Johnson v. Columbia Properties* (9th Cir. 2006) 437 Fed. 3rd 894, 899. See also the thoughtful and succinct analysis by Judge Jenkins of this court in *Thiara v. Kiernan* (2006) 2006 WL 3065568.

Because one of XT's members (XS) is a Dutch citizen, XET is *also* a Dutch citizen.

1    Diversity jurisdiction is destroyed.

- **XET.** A substantially identical analysis just set out applies to XET as well. XET's members are XS (a Dutch corporation) and XT which, for diversity purposes, is also a Dutch entity.

**2. Conclusion.** This court lacks subject matter jurisdiction because there is not complete diversity of citizenship between the plaintiffs (including XS) and the defendants XT and XET (both of which are Dutch citizens).

DATED: MAY 5, 2008                                SILICON VALLEY LAW GROUP

                                                  By: /s/ Christopher Ashworth
                                                      CHRISTOPHER ASHWORTH

AMENDED SUGGESTION OF PROBABLE ABSENCE OF SUBJECT MATTER JURISDICTION

2