**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **XS HOLDING B.V., et al.,** | **C 08-02282 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **COOL EARTH SOLAR, INC., et al.,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 19, 2008 before the Honorable Judge Patricia V. Trumbull has been continued **to August 8, 2008 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before August 1, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: May 5, 2008         RICHARD W. WIEKING,
                           Clerk of Court
                           /s/ Corinne Lew

                           _____
                           Corinne Lew
                           Deputy Clerk