AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XS HOLDING B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br>Plaintiff<br>v.<br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XET HOLDING CO., LLC, a Delaware limited liability company, and XSLENT TECHNOLOGIES, LLC, a Delaware limited liability company, as nominal parties,<br>Defendant | Civil Action No.<br><br>C 08 02282 PVT<br><br>E-FILING<br>ADR |

**Summons in a Civil Action**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

To: *(Defendant's name and address)*

COOL EARTH SOLAR, INC.
Attn: Eric Cummings
7665 Hawthorne Place
Livermore, CA 94550

ROB LAMKIN
7665 Hawthorne Place
Livermore, CA 94550

LAWRENCE ASUNCION
7665 Hawthorne Place
Livermore, CA 94550

SOLAR COMPONENTS LLC
121 Valley Street
Manchester, NH 03103

NATHAN SCHULHOF

M. JAMES BULLEN

MARTIN N. LETTUNICH
233 Oak Meadow Drive
Los Gatos, CA 95032-7650

STEFAN MATAN
487 Lea Court
Novato, CA 94945

XET HOLDING CO., LLC.
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

XSLENT TECHNOLOGIES, LLC
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Paul J. Riehle, Esq.
Sedgwick, Detert Moran & Arnold LLP
1 Market Plaza, Steuart Tower, 8th Fl.
San Francisco, CA 94105

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**Tiffany Salinas-Harwell**

Date: May 1, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

PAUL RIEHLE, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH
SAN FRANCISCO, CA 94105
Telephone: (415) 781-7900

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| XS HOLDING B.V., ET AL. | CASE NUMBER |
| Plaintiff, | C08 02282 PVT |
| COOL EARTH SOLAR, INC., ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; VERIFICATION TO SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CERTIFICATION OF INTERESTED PARTIES; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

in the within action by personally delivering true copies thereof to the person served as follows:

   Served          : MARTIN LETTUNICH

   By Serving      : Jean Sato, Person In Charge / Authorized To Accept
                     Service Of Process
   Address         : ( Business ) XSLENT TECHNOLOGIES, LLC

                     233 Oak Meadow Drive
                     Los Gatos, Ca 95032
   Date of Service : May 2, 2008

   Time of Service : 4:12PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 2, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: _____
                    MATTHEW CLARK

PAUL RIEHLE, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH FLOOR
SAN FRANCISCO, CA 94105
Telephone: (415) 781-7900
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : XS HOLDING B.V., ET AL.
Defendant : COOL EARTH SOLAR, INC., ET AL.

Ref # 50885077          **DECLARATION OF MAILING**          Case No. C08 02282 PVT

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL ACTION; SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; VERIFICATION TO SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CERTIFICATION OF INTERESTED PARTIES; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

MARTIN LETTUNICH

( Business ) XSLENT TECHNOLOGIES, LLC
233 Oak Meadow Drive
Los Gatos, Ca 95032

Date of mailing: May 2, 2008


Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 2, 2008          Signature: _____

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XS HOLDING B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br>Plaintiff<br>v.<br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XET HOLDING CO., LLC, a Delaware limited liability company, and XSLENT TECHNOLOGIES, LLC, a Delaware limited liability company, as nominal parties,<br>Defendant | Civil Action No.<br><br>C08 02282 PVT<br><br>E-FILING<br>ADR |

**Summons in a Civil Action**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

To: *(Defendant's name and address)*
COOL EARTH SOLAR, INC.
Attn: Eric Cummings
7665 Hawthorne Place
Livermore, CA 94550

ROB LAMKIN
7665 Hawthorne Place
Livermore, CA 94550

LAWRENCE ASUNCION
7665 Hawthorne Place
Livermore, CA 94550

SOLAR COMPONENTS LLC
121 Valley Street
Manchester, NH 03103

NATHAN SCHULHOF

M. JAMES BULLEN

MARTIN N. LETTUNICH
233 Oak Meadow Drive
Los Gatos, CA 95032-7650

STEFAN MATAN
487 Lea Court
Novato, CA 94945

XET HOLDING CO., LLC.
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

XSLENT TECHNOLOGIES, LLC
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Paul J. Riehle, Esq.
Sedgwick, Detert Moran & Arnold LLP
1 Market Plaza, Steuart Tower, 8th Fl.
San Francisco, CA 94105

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**Tiffany Salinas-Harwell**

Date: May 1, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

PAUL RIEHLE, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH
SAN FRANCISCO, CA 94105
Telephone: (415) 781-7900

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| XS HOLDING B.V., ET AL.<br><br>Plaintiff,<br><br>COOL EARTH SOLAR, INC., ET AL.<br><br>Defendant. | CASE NUMBER<br><br>C08 02282 PVT<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; VERIFICATION TO SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CERTIFICATION OF INTERESTED PARTIES; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : XET HOLDING CO., LLC

By Serving       : Jean Sato, Person In Charge / Authorized To Accept
                   Service Of Process

Address          : ( Business ) XSLENT TECHNOLOGIES, LLC

                   233 Oak Meadow Drive
                   Los Gatos, Ca 95032

Date of Service  : May 2, 2008

Time of Service  : 4:12PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 2, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: _____
MATTHEW CLARK

PAUL RIEHLE, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH FLOOR
SAN FRANCISCO, CA 94105
Telephone: (415) 781-7900
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : XS HOLDING B.V., ET AL.
Defendant : COOL EARTH SOLAR, INC., ET AL.

Ref # 50885076         **DECLARATION OF MAILING**         Case No. C08 02282 PVT

At the time of service I was at least eighteen years of age and not a party
to this action, and I served copies of the:
SUMMONS IN A CIVIL ACTION; SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT,
CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; VERIFICATION TO SHAREHOLDERS' DERIVATIVE
COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF;
CERTIFICATION OF INTERESTED PARTIES; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT
JUDGE


in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Jose, California, addressed as follows:


XET HOLDING CO., LLC

( Business ) XSLENT TECHNOLOGIES, LLC
233 Oak Meadow Drive
Los Gatos, Ca 95032

Date of mailing: May 2, 2008


Person serving:                      Fee for service:
ROBINA ALVES                         Registered California process server.
                                     (1) Employee or independent contractor.
County Legal & Notary Service        (2) Registration no.:1029
255 N. Market Street, Suite 246      (3) County: SANTA CLARA
San Jose, California 95110
Telephone: (408) 295-2700

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: May 2, 2008                    Signature: _____

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XS HOLDING B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br>Plaintiff<br>v.<br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XET HOLDING CO., LLC, a Delaware limited liability company, and XSLENT TECHNOLOGIES, LLC, a Delaware limited liability company, as nominal parties,<br>Defendant | Civil Action No.<br><br>C 08 02282 PVT<br><br>E-FILING<br>ADR |

**Summons in a Civil Action**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

To: *(Defendant's name and address)*

COOL EARTH SOLAR, INC.
Attn: Eric Cummings
7665 Hawthorne Place
Livermore, CA 94550

ROB LAMKIN
7665 Hawthorne Place
Livermore, CA 94550

LAWRENCE ASUNCION
7665 Hawthorne Place
Livermore, CA 94550

SOLAR COMPONENTS LLC
121 Valley Street
Manchester, NH 03103

NATHAN SCHULHOF

M. JAMES BULLEN

MARTIN N. LETTUNICH
233 Oak Meadow Drive
Los Gatos, CA 95032-7650

STEFAN MATAN
487 Lea Court
Novato, CA 94945

XET HOLDING CO., LLC.
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

XSLENT TECHNOLOGIES, LLC
Attn: Bernard Vogel
25 Metro Dr. Suite 600
San Jose, CA 95110

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Paul J. Riehle, Esq.
Sedgwick, Detert Moran & Arnold LLP
1 Market Plaza, Steuart Tower, 8th Fl.
San Francisco, CA 94105

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**Tiffany Salinas-Harwell**

Date: May 1, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

PAUL RIEHLE, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH
SAN FRANCISCO, CA 94105
Telephone: (415) 781-7900

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| XS HOLDING B.V., ET AL. | CASE NUMBER |
|---|---|
| Plaintiff, | C08 02282 PVT |
| COOL EARTH SOLAR, INC., ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; VERIFICATION TO SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CERTIFICATION OF INTERESTED PARTIES; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : XSLENT TECHNOLOGIES, LLC

By Serving        : Jean Sato, Person In Charge / Authorized To Accept Service Of Process

Address           : ( Business ) XSLENT TECHNOLOGIES, LLC

                    233 Oak Meadow Drive
                    Los Gatos, Ca 95032

Date of Service   : May 2, 2008

Time of Service   : 4:12PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 2, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: _____
          MATTHEW CLARK

PAUL RIEHLE, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH FLOOR
SAN FRANCISCO, CA 94105
Telephone: (415) 781-7900
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : XS HOLDING B.V., ET AL.
Defendant : COOL EARTH SOLAR, INC., ET AL.

Ref # 50885075        **DECLARATION OF MAILING**        Case No. C08 02282 PVT

At the time of service I was at least eighteen years of age and not a party
to this action, and I served copies of the:
SUMMONS IN A CIVIL ACTION; SHAREHOLDERS' DERIVATIVE COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT,
CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; VERIFICATION TO SHAREHOLDERS' DERIVATIVE
COMPLAINT AND COMPLAINT FOR INTERFERENCE WITH CONTRACT, CONVERSION, DECLARATORY AND INJUNCTIVE RELIEF;
CERTIFICATION OF INTERESTED PARTIES; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT
JUDGE


in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Jose, California, addressed as follows:


XSLENT TECHNOLOGIES, LLC

( Business ) XSLENT TECHNOLOGIES, LLC
233 Oak Meadow Drive
Los Gatos, Ca 95032

Date of mailing: May 2, 2008



Person serving:                      Fee for service:
ROBINA ALVES                         Registered California process server.
                                     (1) Employee or independent contractor.
County Legal & Notary Service        (2) Registration no.: 1029
255 N. Market Street, Suite 246      (3) County: SANTA CLARA
San Jose, California 95110
Telephone: (408) 295-2700

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.


Date: May 2, 2008                    Signature: _Robina Alves_