• AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of California

XS HOLDING B.V, derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,

Plaintiff

v.

COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;

Defendant

Civil Action No. C08-02282 RMW

**Summons in a Civil Action**

**(First Amended Derivative Complaint And Complaint For Interference With Contract, Conversion, Declaratory And Injunctive Relief)**

American LegalNet, Inc.
www.FormsWorkflow.com

To: *(Defendant's name and address)*

COOL EARTH SOLAR, INC.
Attn: Eric Cummings
7665 Hawthorne Place
Livermore, CA 94550

ROB LAMKIN
7665 Hawthorne Place
Livermore, CA 94550

LAWRENCE ASUNCION
7665 Hawthorne Place
Livermore, CA 94550

SOLAR COMPONENTS LLC
121 Valley Street
Manchester, NH 03103

NATHAN SCHULHOF

M. JAMES BULLEN

MARTIN N. LETTUNICH
233 Oak Meadow Drive
Los Gatos, CA 95032-7650

STEFAN MATAN
487 Lea Court
Novato, CA 94945

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paul J. Riehle
Sedgwick, Detert, Moran & Arnold LLP
1 Market Plaza, Steuart Tower, 8th Flr.
San Francisco, CA 94105

American LegalNet, Inc.
www.FormsWorkflow.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _______________
by:

(1) personally delivering a copy of each to the individual at this place, _______________
_______________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _______________
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_______________; or

(4) returning the summons unexecuted to the court clerk on _______________; or

(5) other *(specify)* _______________
_______________
_______________

My fees are $ _______________ for travel and $ _______________ for services, for a total of $ 0.00.

Date: _______________

_______________
Server's signature

_______________
Printed name and title

_______________
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: MAY 0 7 2008

Diana Miyashiro
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com