SEDGWICK, DETERT, MORAN & ARNOLD LLP
PAUL RIEHLE  Bar No. 115199
RANDALL BLOCK  Bar No. 121330
JIA-MING SHANG  Bar No. 233326
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: *paul.riehle@sdma.com*

Attorneys for Plaintiff
XS HOLDING B.V., a Dutch Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS HOLDING B.V, derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>    Plaintiff,<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;<br><br>    Defendants. | CASE NO. C08 02282 RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS XET HOLDING CO., LLC AND XSLENT TECHNOLOGIES, LLC** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff XS HOLDING B.V. ("XS Holding") hereby

dismisses, without prejudice, Defendants XET Holding Co., LLC and Xslent Technologies, LLC

from this action.  XS Holding reserves the right to name XET Holding Co., LLC and Xslent

-1-

SF/1508708v1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS XET HOLDING CO., LLC
 AND XSLENT TECHNOLOGIES, LLC                                                     CASE NO. C08 02282 RMW

1  Technologies, LLC at a later date and assert any and all causes of action against them as
2  appropriate.
3
4  Dated: May 7, 2008                              SEDGWICK, DETERT, MORAN & ARNOLD LLP
5
6                                                  By : _____/S/_____
                                                        JIA-MING SHANG
7                                                       Attorneys for Plaintiff
                                                        XS HOLDING B.V.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-