CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone:   (408) 573-5700
Facsimile:   (408) 573-5701

Attorneys for Defendants Xslent
Technologies, LLC [Xslent] and
Atira Technologies, LLC [Atira]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS HOLDING B.V., et al.<br><br>Plaintiffs,<br><br>v.<br><br>COOL EARTH SOLAR, INC., et al.,<br><br>Defendants. | Case No. C08 02282 PVT<br><br>DECLARATION OF MARTIN LETTUNICH |

Martin N. Lettunich declares:

1. My name is Martin N. Lettunich. As material here, I am a party defendant in this action and a cross-defendant in the state action styled *XET Holdings, LLC, et al v. XS Holding B.V., et al* (and related cross-actions) Case No. 107 CV 092388. *En passant*: I am an attorney at law and a member and officer of this court.

2. I am a resident and a citizen of the State of California. I am a member of both Atira Technologies, LLC and Xslent, LLC. For diversity purposes, Atira and Xslent are Californians. Two of the plaintiffs in this case (XT and XET) have members (Atira and/or Xslent) who are Californians for diversity purposes.

I declare under penalty of perjury under the Laws of the United States of America that all of the foregoing is of my own knowledge, that it is tue and correct and that I executed this declaration at Los Gatos, California on May 7, 2008.

*/s/ Martin Lettunich*
MARTIN N. LETTUNICH

DECLARATION OF MARTIN LETTUNICH
1