1 JACQUELINE DESOUZA, State Bar No.: 133686
DESOUZA LAW OFFICES, a professional corporation
2 2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
3 Telephone: (510) 649-3420
Facsimile:  (510) 649-1711
4 jdesouza@dlawcorp.com

5 Attorneys for Defendants:
Martin Lettunich, Stefan Matan

## IN THE UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS Holding B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf<br><br>                    Plaintiff,<br><br>     v.<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual: MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;<br><br>                    Defendants.<br>_____/ | **Case No. C08 02282 (RMW)**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THIS ACTION FOR LACK OF DIVERSITY JURISDICTION AND FAILURE TO NAME INDISPENSABLE PARTIES [Fed.R.Civ.P. rule 12(b)(1),(7).]**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>The Hon. Ronald M. Whyte |

NOTICE IS HEREBY GIVEN:

On July 25, 2008, at 9:00 a.m. before the Hon. Ronald M. Whyte, Defendants Martin Lettunich and Stefan Matan will move this Court for an Order dismissing this action pursuant to Federal Rules of Civil Procedure, rule 12(b)(1) for lack of jurisdiction and pursuant to Federal Rules of Civil Procedure, rule 12(b)(7) and rule 19 for failing to name indispensable parties.

This motion is based upon this notice of motion, the accompanying memorandum of points and authorities, declaration of Jacqueline deSouza, declaration of Martin Lettunich, and request for judicial notice, filed concurrently; upon such additional documents as may be filed on

1 | this motion and in this action; and upon such oral evidence and argument as may be introduced at
2 | the hearing on this motion.

4 | Dated: May 22, 2008                    DESOUZA LAW OFFICES, PC

6 | By:_____
7 | Jacqueline deSouza
Attorneys for Defendants Martin Lettunich and Stefan Matan