1  JACQUELINE DESOUZA, State Bar No.: 133686
   DESOUZA LAW OFFICES, a professional corporation
2  2397 Shattuck Avenue, Suite 202
   Berkeley, CA 94704
3  Telephone: (510) 649-3420
   Facsimile:  (510) 649-1711
4  jdesouza@dlawcorp.com

5  Attorneys for Defendants:
   Martin Lettunich, Stefan Matan
6

7               **IN THE UNITED STATES DISTRICT COURT**

8                  **NORTHEN DISTRICT OF CALIFORNIA**

9  XS Holding B.V., derivatively on behalf of Xslent
   Technologies, LLC and XET Holding Co., LLC,         **Case No. C08 02282 (RMW)**
10 and separately on its own behalf

11
                          Plaintiff,
12
        v.                                             NOTICE OF FILING PAPER
13                                                     DOCUMENTS
   COOL EARTH SOLAR, INC., a Delaware
14 corporation; ROB LAMKIN, an individual;
   LAWRENCE ASUNCION, an individual;
15 SOLAR COMPONENTS LLC, a Delaware
   limited liability company; NATHAN
16 SCHULHOF, an individual; M. JAMES
   BULLEN, an individual: MARTIN N.
17 LETTUNICH, an individual; STEFAN MATAN,
   an individual; and XSLENT, LLC, a Nevada
18 limited liability company and ATIRA
   TECHNOLOGIES, LLC, a Nevada limited
19 liability company;

20                        Defendants.
                                              /
21

22

23
                   **NOTICE REGARDING EXHIBIT ATTACHMENT**
24

25
   Request for Judicial Notice Exhibits A through N which are attachments to Request for Judicial
26
   Notice in Support of Motion to Dismiss Action for Lack of Jurisdiction and Failure to Name
27
   Indispensable Parties; and Sanctions as to Plaintiff and Counsel are in paper form only and are
28
   being maintained in the case file in the Clerk's office.

                          NOTICE OF FILING PAPER DOCUMENTS

1
2    Reason for manual filing:   The attachments to Request for Judicial Notice are too large to
3 file electronically.
4
5
6 Dated: May 22, 2008                           DESOUZA LAW OFFICES, PC
7
8                                                     By:_____
                                                     Jacqueline deSouza
9                                                     Attorneys for Defendants Martin Lettunich
                                                     and Stefan Matan
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF FILING PAPER DOCUMENTS