CHRISTOPHER ASHWORTH (SBN 54889)
KATHRYN E. BARRETT (SBN 162100)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone:  (408) 573-5700
Facsimile:   (408) 573-5701

Attorneys for Defendant Xslent, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS HOLDING B.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COOL EARTH SOLAR, INC., et al.,<br><br>Defendants. | Case No. C08 02282 RMW<br><br>**DEFENDANT XSLENT, LLC'S JOINDER TO DEFENDANT MARTIN LETTUNICH's & STEFAN MATAN's MOTION TO DISMISS THIS ACTION FOR LACK OF DIVERSITY JURISDICTION AND FAILURE TO NAME INDISPENSABLE PARTIES**<br>[Fed.R.Civ.P. Rule 12(b)(1), (7).] |

Defendant XSLENT, LLC hereby joins in the Motion to Dismiss This Action For Lack of Diversity Jurisdiction and Failure to Name Indispensable Parties of co-defendants MARTIN LETTUNICH and STEFAN MATAN, filed electronically with this Court on May 22, 2008.

Dated: May 22, 2008

SILICON VALLEY LAW GROUP
A Law Corporation

By: /s/ Kathryn E. Barrett
Kathryn E. Barrett
Attorneys for Defendant,
XSLENT, LLC

10235331

DEFENDANT XSLENT, LLC'S JOINDER TO MOTION TO DISMISS
1