JACQUELINE DESOUZA, State Bar No.: 133686
DESOUZA LAW OFFICES, a professional corporation
2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone: (510) 649-3420
Facsimile:  (510) 649-1711
jdesouza@dlawcorp.com

Attorneys for Defendants:
Martin Lettunich, Stefan Matan

## IN THE UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

XS Holding B.V., derivatively on behalf of Xslent
Technologies, LLC and XET Holding Co., LLC,
and separately on its own behalf

                  Plaintiff,

    v.

COOL EARTH SOLAR, INC., a Delaware
corporation; ROB LAMKIN, an individual;
LAWRENCE ASUNCION, an individual;
SOLAR COMPONENTS LLC, a Delaware
limited liability company; NATHAN
SCHULHOF, an individual; M. JAMES
BULLEN, an individual: MARTIN N.
LETTUNICH, an individual; STEFAN MATAN,
an individual; and XSLENT, LLC, a Nevada
limited liability company and ATIRA
TECHNOLOGIES, LLC, a Nevada limited
liability company;

                  Defendants.

_____/

**Case No. C08 02282 (RMW)**

**NOTICE OF CORRECTING
ERRONEOUSLY E-FILED
DOCUMENTS FILED IN SUPPORT
OF MOTION TO DISMISS FOR
LACK OF JURISDICTION AND
FAILURE TO NAME
INDISPENSABLE PARTIES**

Date: July 25, 2008
Time: 9:00 a.m.
The Hon. Ronald M. Whyte

Defendants withdraw Docket numbers 20, 21, and 23 filed on May 22, 2008 in this action.

Dated: May 23, 2008

DESOUZA LAW OFFICES, PC

/s/

By:_____
Jacqueline deSouza
Attorneys for Defendants Martin Lettunich
and Stefan Matan