1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   CHRISTINE H. LONG, CA STATE BAR NO. 199676
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   christine.long@berliner.com

7  ATTORNEYS FOR DEFENDANT ATIRA TECHNOLOGIES, LLC.

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

| | |
|---|---|
| XS Holding B.V., derivately on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>          Plaintiff,<br><br>     v.<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, and XSLENT, LLC; and STEFAN MATAN, an individual; ATIRA TECHNOLOGIES, LLC, a Nevada Limited liability company;<br><br>          Defendants. | CASE NO.  C08 02282 (RMW)<br><br>DEFENDANT ATIRA TECHNOLOGIES, LLC'S JOINDER TO DEFENDANTS MARTIN LETTUNICH'S AND STEFAN MATAN'S MOTION TO DISMISS THIS ACTION FOR LACK OF DIVERSITY JURISDICTION AND FAILURE TO NAME INDISPENSABLE PARTIES [FED.R.CIV.P.RULE 12(B)(1), (7).]<br><br>Date:    July 25, 2008<br>Time:    9:00 a.m<br>Judge:   The Hon. Ronald M. Whyte |

Defendant Atira Technologies, LLC hereby joins in the Motion to Dismiss This Action for Lack of Diversity Jurisdiction and Failure to Name Indispensable Parties of Co-defendants Martin Lettunich and Stefan Matan, filed electronically with this Court on May 22, 2008.

///

///

1 | Dated: June 9, 2008

BERLINER COHEN

BY: /s/ CHRISTINE H. LONG
FRANK R. UBHAUS
CHRISTINE H. LONG
ATTORNEYS FOR DEFENDANT ATIRA TECHNOLOGIES, LLC.

CASE NO. C08 02282 (RMW)

-2-

JOINDER IN MOTION TO DISMISS [FRCP 12(B)(1) AND (7)]

\CHL\763339.1
060408-16999001