1  **CHRISTOPHER ASHWORTH (SBN 54889)**
   **KATHRYN E. BARRETT (SBN 162100)**
2  **SILICON VALLEY LAW GROUP**
   **A Law Corporation**
3  **25 Metro Drive, Suite 600**
   **San Jose, CA  95110**
4  **Telephone:     (408) 573-5700**
   **Facsimile:      (408) 573-5701**
5

6  **Attorneys for Defendant Xslent, LLC**

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 XS HOLDING B.V., et al.              )   **Case No. C08 02282 RMW**
                                         )
11                  Plaintiffs,          )
                                         )   **[PROPOSED] ORDER STAYING**
12         v.                            )   **DISCOVERY**
                                         )
13 COOL EARTH SOLAR, INC., et al.,       )
                                         )
14                  Defendants.          )
   _____)
15

16     The court, having read the *ex parte* application of Xslent Technologies, LLC for an order staying discovery and relieving the parties of their obligations under FRCP Rule 26, and good cause appearing therefor,

17     IT IS ORDERED that all discovery and all compliance with FRCP Rule 26 is herewith stayed until further order of this court.

18

19 JUNE __, 2008
                                             _____
20                                           UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE STAY OF DISCOVERY**
1