1  CHRISTOPHER ASHWORTH (SBN 54889)
   KATHRYN E. BARRETT (SBN 162100)
2  SILICON VALLEY LAW GROUP
   A Law Corporation
3  25 Metro Drive, Suite 600
   San Jose, CA 95110
4  Telephone:   (408) 573-5700
   Facsimile:   (408) 573-5701
5
   Attorneys for Defendant Xslent, LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 XS HOLDING B.V., et al.              )   Case No. C08 02282 RMW
                                        )
11                  Plaintiffs,         )
                                        )   PROOF OF SERVICE RE:
12     v.                               )   DEFENDANT XSLENT, LLC'S *EX
                                        )   PARTE* APPLICATION FOR ALL
13 COOL EARTH SOLAR, INC., et al.,      )   DEFENDANTS TO BE RELIEVED
                                        )   OF THE OBLIGATIONS OF FRCP
14                  Defendants.         )   RULE 26 UNTIL FURTHER
                                        )   ORDER OF THIS COURT
15 _____

16     I declare as follows: I am over eighteen years of age and not a party to the within action; I

17 am employed in the County of Santa Clara, California; my business address is 25 Metro Drive,

18 Suite 600, San Jose, CA 95110.

19     On June 16, 2008, I served a true and correct copy of the following documents

20     1.   **DEFENDANT XSLENT, LLC'S *EX PARTE* APPLICATION FOR ALL**

21          **DEFENDANTS TO BE RELIEVED OF THE OBLIGATIONS OF FRCP**

22          **RULE 26 UNTIL FURTHER ORDER OF THIS COURT; and**

23     2.   **[PROPOSED] ORDER STAYING DISCOVERY**

24 on the following party[ies]:

25 Paul Riehle                              Jacqueline DeSouza
   Jiaming Shang                            Desouza Law Offices, PC
26 Sedgwick, Detert, Moran & Arnold LLP     2397 Shattuck Avenue, Suite 202
   One Market Plaza, 8th Floor              Berkeley, CA 94704
27 San Francisco, CA 94105                  Email: jdesouza@dlawcorp.com
   Email: paul.riehle@sdma.com;
28        jiaming.shang@sdma.com
          gregory.read@sdma.com

   POS RE DEFENDANT XSLENT, LLC'S *EX PARTE* APPLICATION RE RULE 26 DISCOVERY
                                       1

Frank R. Ubhaus
Berliner Cohen
10 Almaden Blvd. #1100
San Jose, CA 95113
Email: fru@berliner.com

[XX] BY U. S. MAIL: I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served the above document[s] on the party[ies] named above in the above-referenced matter, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for certified mail, first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(a)]

[ ] BY EXPRESS MAIL: I served the above document[s] on the party[ies] named above, in the above-referenced matter, by placing the above-named document[s] in a sealed envelope and depositing them in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail, at _____ Post Office, _____, California, with Express Mail postage thereon fully prepaid, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

[ ] BY FEDERAL EXPRESS: I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

[ ] BY FACSIMILE: On _____, 2008 by use of fax machine number [408] 573-7864 or [408] 573-5720, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by fax machine to each party's fax machine number listed above. The fax machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ] BY PERSONAL DELIVERY: By personally delivering said document(s) to the party or parties listed above at the addresses listed above.

[XX] BY ELECTRONIC MAIL: On June 16, 2008, by use of electronic "email" address amt@svlg.com, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by electronic mail to each party's electronic "email" address listed above. The electronic "email" address I used complied with California Rules of Court, Rule 2.260, and no error was reported by the computer. Pursuant to California Rules of Court, Rule 2.260(c), I caused the computer to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on June 16, 2008, at San Jose, California.

_____
Debi Adams

POS RE DEFENDANT XSLENT, LLC'S *EX PARTE* APPLICATION RE RULE 26 DISCOVERY
2