JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone:   (510) 649-3420
Facsimile:    (510) 649-1711

Attorneys for Defendants:
Martin N. Lettunich, Stefan Matan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTICT OF CALIFONIRA – SAN JOSE DIVISION

| | |
|---|---|
| XS Holding B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf<br><br>PLAINTIFFS,<br><br>v.<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual: MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;<br><br>DEFENDANTS. | Case No. C08 02282 (RMW)<br><br>DEFENDANTS' MARTIN N. LETTUNICH and STEFAN MATAN's JOINDER IN XSLENT, LLC's REQUEST FOR RELIEF FROM FEDERAL RULES OF CIVIL PROCEDURE, RULE 26 |

Defendants Martin N. Lettunich and Stefan Matan join Defendant Xslent LLC's ex parte request for relief from Federal Rule of Civil Procedure, Rule 26 obligations.  Defendants have filed a Motion to Dismiss this action for lack of diversity jurisdiction (Fed.R.Civ.P. rule 12(b)(1).), and for failing to name an indispensable party (Fed.R.Civ.P.rule 12(b)(7).).   That motion will be heard on July 25, 2008, which was the earliest date on which the motion could be set when it was filed in May of 2008.    At present, pursuant to rule 26 requirements, the parties are required to meet and confer on or before July 18th and to prepare and exchange rule 26 disclosures by August 1st.  A case management

conference is set for August 8th. The cost of preparing rule 26 disclosures, meeting and conferring will be unnecessary once Defendants' Motion is heard. Defendants Lettunich and Matan join with Defendant Xslent LLC to request that the date to meet and confer and to exchange documents and information required by rule 26 be continued until further order of this Court and until after the motions to dismiss have been finally decided.

No party has requested a prior continuance or extension of any matter in this action.

These Defendants are informed and believe that they, Xslent LLC, and Atira Technologies, LLC are the only Defendants who have appeared in this action and that no other Defendant has been served.

Dated:_____, 2008        DESOUZA LAW OFFICES
                                          a professional corporation

                                          By: /s/ Jacqueline deSouza
                                          Jacqueline deSouza
                                          Attorneys for Defendants
                                          Martin N. Lettunich, Stefan Matan