1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   CHRISTINE H. LONG, CA STATE BAR NO. 199676
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   christine.long@berliner.com

7  ATTORNEYS FOR DEFENDANT ATIRA TECHNOLOGIES, LLC.

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

| | |
|---|---|
| XS Holding B.V., derivately on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>Plaintiff,<br><br>v.<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, and XSLENT, LLC; and STEFAN MATAN, an individual; ATIRA TECHNOLOGIES, LLC, a Nevada Limited liability company;<br><br>Defendants. | CASE NO. C08 02282 (RMW)<br><br>DEFENDANT ATIRA TECHNOLOGIES, LLC's JOINDER TO DEFENDANT XSLENT, LLC'S EX PARTE APPLICATION FOR ALL DEFENDANTS TO BE RELIEVED OF THE OBLIGATIONS OF FRCP RULE 26 |

Defendant Atira Technologies, LLC hereby joins Defendant Xslent, LLC's ex parte request for relief from Federal Rule of Civil Procedure, Rule 26 obligations, filed electronically with this Court on June 16, 2008. Defendants Martin N. Lettunich and Stefan Matan have filed a Motion to Dismiss this action for lack of diversity jurisdiction (Fed.R.Civ.P. rule 12(b)(1).), and for failing to name an indispensable party (Fed.R.Civ.P. rule 12(b)(7).). That motion will be

1  heard on July 25, 2008. At present, pursuant to rule 26 requirements, the parties are required to
2  meet and confer on or before July 18th and to prepare and exchange rule 26 disclosures by
3  August 1st. A case management conference is set for August 8th. The cost of preparing rule 26
4  disclosures, meeting and conferring will be unnecessary once the Motion to Dismiss has been
5  heard. Defendant Atira Technologies, LLC joins with Defendant Xslent, LLC to request that the
6  date to meet and confer and to exchange documents and information required by rule 26 be
7  continued until further order of this Court and until after the Motion to Dismiss has been finally
8  decided.

9  No party has requested a prior continuance or extension of any matter in this action.

10  This Defendant is informed and believes that it, Xslent, LLC, Martin N. Lettinuch, and
11  Stefan Matan are the only Defendants who have appeared in this action and that no other
12  Defendant has been served.

14  Dated:  June 16, 2008                    BERLINER COHEN

16                                           BY:  /S/ CHRISTINE H. LONG
                                                  FRANK R. UBHAUS
17                                                CHRISTINE H. LONG
                                                  ATTORNEYS FOR DEFENDANT ATIRA
18                                                TECHNOLOGIES, LLC.