1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   PAUL RIEHLE  Bar No. 115199
2  RANDALL BLOCK  Bar No. 121330
3  JIA-MING SHANG  Bar No. 233326
   One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile:  (415) 781-2635
   Email: *paul.riehle@sdma.com*
6

7  Attorneys for Plaintiff
   XS HOLDING B.V., a Dutch Corporation
8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| XS HOLDING B.V, derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>          Plaintiff,<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;<br><br>          Defendants. | CASE NO. C08 02282 RMW<br><br>**PLAINTIFF XS HOLDING B.V.'S STATEMENT OF LIMITED NON-OPPOSITION TO EX PARTE APPLICATION FOR RELIEF FROM RULE 26 OBLIGATIONS** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff XS HOLDING B.V. ("XS Holding") does not oppose the Ex Parte Application for Relief from Rule 26 Obligations filed by Xslent, LLC on June 16, 2008, to which defendants Martin Lettunich, Stefan Matan, and Atira Technologies, LLC

-1-

1   have joined, except that instead of an unlimited, indefinite stay , XS Holding requests that a

2   further hearing be held in 60 days on September 1, 2008, or as soon thereafter on a date

3   convenient to the Court, to set new dates for the parties' Rule 26 Obligations.

4       XS Holding does not concede – and indeed, vigorously disputes – the characterizations

5   and accusations against XS Holding made by Xslent, LLC in what should have been a ministerial

6   discovery scheduling issue.  Nevertheless, because it agrees that events in a related state case may

7   affect the course of discovery in this action, XS Holding does not oppose a 60 day stay regarding

8   the Rule 26 Obligations.

Dated:  July 1, 2008                  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By :_____/S/_____
   JIA-MING SHANG
   Attorneys for Plaintiff
   XS HOLDING B.V.

-2-
PLAINTIFF XS HOLDING B.V.'S STATEMENT OF NON-OPPOSITION TO EX PARTE APPLICATION FOR
RELIEF FROM RULE 26 OBLIGATIONS FILED BY XSLENT, LLC       CASE NO. C08 02282 RMW