1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   PAUL RIEHLE  Bar No. 115199
2  RANDALL BLOCK  Bar No. 121330
3  JIA-MING SHANG  Bar No. 233326
   One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile:  (415) 781-2635
   Email: *paul.riehle@sdma.com*
6

7  Attorneys for Plaintiff
   XS HOLDING B.V., a Dutch Corporation
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| XS HOLDING B.V, derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>         Plaintiff,<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;<br><br>         Defendants. | CASE NO. C08 02282 RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS XSLENT, LLC, ATIRA TECHNOLOGIES, LLC, MARTIN N. LETTUNICH, AND STEFAN MATAN**<br><br>[Fed. R. Civ. Pro 41] |

-1-

SF/1521021v1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS XSLENT, LLC, ATIRA TECHNOLOGIES, LLC, MARTIN N. LETTUNICH, AND STEFAN MATAN    CASE NO. C08 02282 RMW

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff XS HOLDING B.V. ("XS Holding"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses defendants Xslent, LLC, Atira Technologies, LLC, Martin N. Lettunich, and Stefan Matan from this action without prejudice.

Dated: July 2, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP


By : _____/S/_____
      JIA-MING SHANG
      Attorneys for Plaintiff
      XS HOLDING B.V.

SF/1521021v1

-2-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS XSLENT, LLC, ATIRA TECHNOLOGIES, LLC, MARTIN N. LETTUNICH, AND STEFAN MATAN     CASE NO. C08 02282 RMW