1  **CHRISTOPHER ASHWORTH (SBN 54889)**
   **KATHRYN E. BARRETT (SBN 162100)**
2  **SILICON VALLEY LAW GROUP**
   **A Law Corporation**
3  **25 Metro Drive, Suite 600**
   **San Jose, CA  95110**
4  **Telephone:    (408) 573-5700**
   **Facsimile:     (408) 573-5701**
5
   **Attorneys for Defendant Xslent, LLC**
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 XS HOLDING B.V., et al.              )    **Case No. C08 02282 RMW**
                                        )
11              Plaintiffs,             )
                                        )    [XXXXXXXXXX **ORDER STAYING**
12       v.                             )    **DISCOVERY**   (AS MODIFIED)
                                        )
13 COOL EARTH SOLAR, INC., et al.,      )
                                        )
14              Defendants.             )
                                        )
15

16       The court, having read the *ex parte* application of Xslent Technologies, LLC for an order

17 staying discovery and relieving the parties of their obligations under FRCP Rule 26, and good

18 cause appearing therefor,

19       IT IS ORDERED that all discovery and all compliance with FRCP Rule 26 is herewith

20 stayed until : XXXXXXXXXXXXXXXXXX     September 2, 2008.

21 XXXXXXXXXXXXXX                        _____
   July 2, 2008                          UNITED STATES XXXXXXX ` JUDGE
22                                                     MAGISTRATE

23

(signed) Patricia V. Trumbull

**[PROPOSED] ORDER RE STAY OF DISCOVERY**
1