**United States District Court**
For the Northern District of California

E-FILED on   7/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XS HOLDING B.V., derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>Plaintiff,<br><br>v.<br><br>COOL EARTH SOLAR, INC.; ROB LAMKIN; LAWRENCE ASUNCION; SOLAR COMPONENTS LLC; NATHAN SCHULHOF; M. JAMES BULLEN; MARTIN N. LETTUNICH; STEFAN MATTAN; XSLENT, LLC; and ATIRA TECHNOLOGIES, LLC,<br><br>Defendants. | No. C-08-02282 RMW<br><br><br><br>ORDER DENYING MOTION TO DISMISS AS MOOT<br><br><br><br>**[Re Docket No. 22]** |

On May 22, 2008, defendants Martin Lettunich and Stefan Mattan filed a Motion to Dismiss this Action for Lack of Diversity Jurisdiction and Failure to Name Indispensable Parties, setting the motion for hearing on July 25, 2008. Docket No. 22. Defendants Xslent, LLC and Atira Technologies separately joined the motion. Docket Nos. 25, 30. None of the other defendants named in this action have made appearances.[1]

---

[1] In the original complaint, Xslent Technologies, LLC and XET Holding Co., LLC were named as defendants. These defendants made appearances in this case, but were voluntarily dismissed by Notice of Voluntary Dismissal Without Prejudice by plaintiff on May 7, 2008. *See* Docket No. 17.

ORDER DENYING MOTION TO DISMISS AS MOOT—No. C-08-02282 RMW
MAG

On July 2, 2008, plaintiff filed a notice of voluntary dismissal without prejudice of all four of these defendants. As none of the parties bringing or joining the Motion to Dismiss is a defendant in this case, the court hereby denies the motion as moot and terminates the motion.

DATED: 7/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Randall G. Block   randall.block@sdma.com
Paul Jeffrey Riehle   paul.riehle@sdma.com
Jia-Ming Shang   jiaming.shang@sdma.com

**Counsel for Defendants:**

Christopher Ashworth   ca@svlg.com
Kathryn E. Barrett   keb@svlg.com
Jacqueline C deSouza   jdesouza@dlawcorp.com
Christine H. Long   christine.long@berliner.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 7/23/08             /s/ MAG
                     **Chambers of Judge Whyte**

*United States District Court — For the Northern District of California*