SEDGWICK, DETERT, MORAN & ARNOLD LLP
PAUL RIEHLE  Bar No. 115199
RANDALL BLOCK  Bar No. 121330
JIA-MING SHANG  Bar No. 233326
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: *paul.riehle@sdma.com*

Attorneys for Plaintiff
XS HOLDING B.V., a Dutch Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XS HOLDING B.V, derivatively on behalf of Xslent Technologies, LLC and XET Holding Co., LLC, and separately on its own behalf,<br><br>    Plaintiff,<br><br>COOL EARTH SOLAR, INC., a Delaware corporation; ROB LAMKIN, an individual; LAWRENCE ASUNCION, an individual; SOLAR COMPONENTS LLC, a Delaware limited liability company; NATHAN SCHULHOF, an individual; M. JAMES BULLEN, an individual; MARTIN N. LETTUNICH, an individual; STEFAN MATAN, an individual; and XSLENT, LLC, a Nevada limited liability company and ATIRA TECHNOLOGIES, LLC, a Nevada limited liability company;<br><br>    Defendants. | CASE NO. C08 02282 RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION AND ALL REMAINING DEFENDANTS**<br><br>[Fed. R. Civ. Pro 41] |

-1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DEFENDANTS

CASE NO. C08 02282 RMW

SF/1530740v1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff XS HOLDING B.V. ("XS Holding"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, this entire action and all the remaining defendants therein.

Dated: August 19, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By : _____/S/_____
     JIA-MING SHANG
     Attorneys for Plaintiff
     XS HOLDING B.V.

-2-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DEFENDANTS
CASE NO. C08 02282 RMW

SF/1530740v1