*E-FILED - 4/24/09*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER

     A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the case is not related, and no reassignment shall occur.  C-08-02282-RMW was dismissed before the Court gained knowledge of facts.

**C 08-02282 RMW**    **XS Holding B.V v. Cool Earth Solar, Inc. Et al**

**C 09-01313 SC**    **Diaz et al v. Asuncion et al**

Dated: 4/24/09

*Ronald M Whyte*

Judge Ronald M. Whyte

-1-

**CLERK'S NOTICE**

       **The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

                                           Richard W. Wieking, Clerk

**DATED: <u>4/24/09</u>**                                            By: *[signature]*
                                                                **Deputy Clerk**